AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Brice Bernard Wilson ) | Case No: 3:98cr78-002/LAC |
| ) | USM No: 04401-107 |
| Date of Previous Judgment: 26 January 1999 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  228  months **is reduced to**  195* .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  32         Amended Offense Level:  30
Criminal History Category:  IV        Criminal History Category:  IV
Previous Guideline Range:  168  to  210  months  Amended Guideline Range:  135  to  168  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence as to Counts 1 and 2 is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
    *135 months on each of Counts 1 and 2, 60 months as to Count 3 and 120 months as to Count 5.  Counts 1, 2 and 5 are to run concurrently.  The sentence in Count 3 is consecutive to Counts 1, 2 and 5, as required by statute, for a total term of imprisonment of 195 months.

Except as provided above, all provisions of the judgment dated  26 January 1999  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  3 July 2008                   s/*L.A. Collier*
                                                                Judge's signature

Effective Date: _____           Lacey A. Collier, Senior U.S. District Judge
(if different from order date)                        Printed name and title